April 11, 2008

Mr. J. Wade Birdwell
Wallach, Andrews & Stouffer, P.C.
550 Bailey Avenue, Suite 500
Fort Worth, TX 76107
Mr. John Arnold Albritton
Albritton*Eaker
P. O. BOX 822
Rockwall, TX 75087

RE: Case Number: 07-0094
 Court of Appeals Number: 02-06-00442-CV
 Trial Court Number: 236-217481-06

Style: PHILIP A. MOORE, M.D.
 v.
 KRISTY GATICA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |